KEITH ALTMAN (CA SBN 257309)
kaltman@lawampmmt.com
EXCOLO LAW, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
Telephone:  (516) 456-5885

*Attorneys for Plaintiffs*

DAVID H. KRAMER (CA SBN 168452)
dkramer@wsgr.com
KELLY M. KNOLL (CA SBN 305579)
kknoll@wsgr.com
WILSON SONSINI
   GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

LAUREN GALLO WHITE (CA SBN 309075)
lwhite@wsgr.com
WILSON SONSINI
   GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94005-1126
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099

*Attorneys for Defendant*
**GOOGLE LLC**

SETH P. WAXMAN (*pro hac vice*)
seth.waxman@wilmerhale.com
PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

MARK D. FLANAGAN (CA SBN 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Defendant*
**TWITTER, INC.**

KRISTIN A. LINSLEY (CA SBN 154148)
klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone:  (415) 393-8200
Facsimile:  (415) 393-8306

*Attorneys for Defendant*
**FACEBOOK, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| DANELLE SINCLAIR, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>TWITTER, INC., et al.,<br><br>             Defendants. | Case No.:  4:17-cv-05710-SBA<br><br>**STIPULATION AND  ORDER TO REFLECT NAME CHANGE FROM GOOGLE INC. TO GOOGLE LLC**<br><br>Judge:  Hon. Saundra Brown Armstrong |

Pursuant to Civil Local Rule 7-12, Defendants Twitter, Inc.; Google Inc., now known as Google LLC; and Facebook, Inc., and Plaintiffs Danelle Sinclair, as Guardian Ad Litem for A. Tucker and O. Tucker, and Isabella Tucker (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Google Inc. filed a Certificate of Conversion with the Delaware Secretary of State, in which Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC on September 30, 2017;

WHEREAS Google LLC filed a Certificate of Formation with the Delaware Secretary of State, effective on September 30, 2017;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that: Google Inc. shall now be known as Google LLC in this action, and the caption of the case shall be:

DANELLE SINCLAIR, et al.,

       Plaintiffs,
  v.

TWITTER, INC., GOOGLE LLC, and FACEBOOK, INC.,

       Defendants.

| | | |
|---|---|---|
| 1 | Dated: November 16, 2017 | Respectfully submitted, |

     /s/ Keith Altman                                              /s/ Lauren Gallo White
KEITH ALTMAN (CA SBN 257309)         LAUREN GALLO WHITE (CA SBN 309075)
kaltman@lawampmmt.com                     lwhite@wsgr.com
EXCOLO LAW, PLLC                             WILSON SONSINI
26700 Lahser Road, Suite 401                  GOODRICH & ROSATI, P.C.
Southfield, MI 48033                                One Market Plaza
Telephone: (516) 456-5885                    Spear Tower, Suite 3300
                                                  San Francisco, CA 94005-1126
*Attorneys for Plaintiffs*                             Telephone: (415) 947-2000
                                                  Facsimile: (415) 947-2099

     /s/ Patrick J. Carome
SETH P. WAXMAN (*pro hac vice*)           DAVID H. KRAMER (CA SBN 168452)
seth.waxman@wilmerhale.com              dkramer@wsgr.com
PATRICK J. CAROME (*pro hac vice*)      KELLY M. KNOLL (CA SBN 305579)
patrick.carome@wilmerhale.com            kknoll@wsgr.com
ARI HOLTZBLATT (*pro hac vice*)            WILSON SONSINI
ari.holtzblatt@wilmerhale.com                GOODRICH & ROSATI, P.C.
WILMER CUTLER PICKERING            650 Page Mill Road
   HALE AND DORR LLP                     Palo Alto, CA 94304-1050
1875 Pennsylvania Avenue, NW            Telephone: (650) 493-9300
Washington, D.C. 20006                        Facsimile: (650) 565-5100
Telephone: (202) 663-6000
Facsimile: (202) 663-6363                   *Attorneys for Defendant*
                                                  **GOOGLE LLC**
MARK D. FLANAGAN
(CA SBN 130303)                                     /s/ Kristin A. Linsley
mark.flanagan@wilmerhale.com             KRISTIN A. LINSLEY (CA SBN 154148)
WILMER CUTLER PICKERING            klinsley@gibsondunn.com
   HALE AND DORR LLP                     GIBSON, DUNN & CRUTCHER LLP
950 Page Mill Road                                  555 Mission Street, Suite 3000
Palo Alto, CA 94304                                San Francisco, CA 94105-0921
Telephone: (650) 858-6000                    Telephone: (415) 393-8200
Facsimile: (650) 858-6100                       Facsimile: (415) 393-8306

*Attorneys for Defendant*                            *Attorneys for Defendant*
**TWITTER, INC.**                                       **FACEBOOK, INC.**

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Google Inc. shall now be known as Google LLC in this action, and the caption of the case shall be:

DANELLE SINCLAIR, et al.,

        Plaintiffs,

    v.

TWITTER, INC., GOOGLE LLC, and FACEBOOK, INC.,

        Defendants.

IT IS SO ORDERED.

Dated:  November 21, 2017

*Saundra B Armstrong*
Honorable Saundra Brown Armstrong
United States District Court Judge

## ATTORNEY ATTESTATION

I, Lauren Gallo White, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO REFLECT NAME CHANGE FROM GOOGLE INC. TO GOOGLE LLC**. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/ Lauren Gallo White
Lauren Gallo White

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: /s/ Lauren Gallo White
Lauren Gallo White